DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STACY DAWN JAEGER,**
Appellant,

v.

**ROBERT M. JAEGER, D.O.,**
Appellee.

No. 4D17-829

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 50-2009-DR-013546-XXXX-NB.

Stacy D. Jaeger, Wellington, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***